**United States District Court**
**Central District of California**

| UNITED STATES OF AMERICA vs. | Docket No. | CR 08-740-CT |
|---|---|---|

**Defendant**   AMENEH SAMAVI [T/N: SAMARI]

akas:   N/A

## JUDGMENT IN A CRIMINAL CASE

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 07 | 15 | 2008 |

**COUNSEL**   [X] WITH COUNSEL   Anthony M. Solis, Esq. special appearance for Paul Potter, Esq.
(Name of Counsel)

**PLEA**   [X] GUILTY, and the Court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**   There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 U.S.C. § 1028(a)(4): Possession of False Identification Document

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of __52__ days, which sentence is time served.

It is ordered that the defendant shall pay to the United States a special assessment of $25.00.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one year under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318 as amended by General Order 05-02 filed on January 18, 2005, except that the defendant is relieved from condition 2 (the defendant shall not leave the judicial district without the written permission of the court or probation) in the event the defendant is immediately deported or otherwise repatriated from the United States following service of the sentence.

2. The defendant shall not obtain or possess any drivers' license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than the defendant's true legal name; and

\\\
\\\
\\\
\\\

3. The defendant shall comply with the immigration rules and regulations of the United States, and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United states Probation Office, located at:

United States Court House
312 North Spring Street, Room 600
Los Angeles, CA 90012

July 15, 2008
Date

CAROLYN TURCHIN, U.S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

July 15, 2008
Filed Date

Deputy Clerk

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
  at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____        By: _____
Date                                    Deputy Marshal

CR-104a (02/04)                 JUDGMENT IN A CRIMINAL CASE                 Page 2 of 2